# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| COLIN CATE, | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| EVANS LAW ASSOCIATES, PC, et al., | § § | Civil Action No. 4:17-cv-69 (Judge Mazzant/Judge Johnson) |
| Defendants. | § § | |

## ORDER OF DISMISSAL

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice (Dkt. #26), stating that all claims asserted in this case have been fully and finally resolved, and requesting the Court to dismiss this action with prejudice pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE** pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own costs.

The Court shall retain jurisdiction to enforce the terms of any settlement agreements among the parties.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**It is SO ORDERED**.
**SIGNED this 11th day of July, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE